ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 1 3 2018

CLERK, U.S. DISTRICT COURT
By _____
              Deputy

UNITED STATES OF AMERICA

v.

BRIAN KEITH MCKENZIE

CRIMINAL NO.

**3-18CR-303-S**

## INDICTMENT

The Grand Jury charges:

Count One
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about February 20, 2018, in the Northern District of Texas, the defendant,

**Brian Keith McKenzie**, knowingly caused to be delivered by the United States Postal

Service, according to the directions thereon, a communication dated February 16, 2018,

addressed to Fed Judge T.R.M. 501 W. 10th St. Suite #201 Fort Worth, TX 76102,

containing a threat to injure United States District Court Judge T.R.M.

In violation of 18 U.S.C. § 876(c).

<u>Count Two</u>
Threats against the President and successors to the Presidency
(Violation of 18 U.S.C. § 871(a))

On or about February 21, 2018, in the Northern District of Texas, the defendant,

**Brian Keith McKenzie**, did knowingly and willfully make a threat to take the life of and

to inflict bodily harm upon the President of the United States.

In violation of 18 U.S.C. § 871(a).


A TRUE BILL.


_____
FOREPERSON


ERIN NEALY COX
UNITED STATES ATTORNEY


_____
Sid P. Mody
Assistant United States Attorney
Texas State Bar No. 24072791
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Email: Siddharth.mody@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

BRIAN KEITH MCKENZIE

INDICTMENT

18 U.S.C. § 876(c)
Mailing Threatening Communications

18 U.S.C. § 871(a)
Threats against the President and successors to the Presidency

2 Counts

A true bill rendered

_____

DALLAS                                                                    FOREPERSON

Filed in open court this 12th day of June, 2018.

_____

**Warrant to be Issued**
**Brian Keith McKenzie**

_____

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending