IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:18-CR-303-S |
| BRIAN KEITH MCKENZIE | |

# MOTION FOR DETENTION

The United States moves for the detention of defendant, **Brian Keith McKenzie**, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves one or more of the following (check all that apply):

    __x__   Crime of violence (18 U.S.C. §3156).

    _____   10 + year drug offense.

    _____   Felony, with two prior convictions in above categories.

    __x__   Serious risk defendant will flee.

    _____   Serious risk obstruction of justice.

    _____   Felony involving a firearm, destructive device, or any other dangerous weapon.

2. <u>Reason for Detention.</u>   The Court should detain defendant because there are no conditions of release which will reasonably assure the following:

    __x__   Defendant's appearance as required.

    __x__   Safety of any other person and the community.

**Motion for Detention - Page 1**

3. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing under the following time frame:

    ____  At first appearance.

    _x_  After continuance of __3__ days.

DATED this 29th day of June, 2018.

> Respectfully submitted,
>
> ERIN NEALY COX
> UNITED STATES ATTORNEY
>
> /s/ John J. de la Garza III
> JOHN J. DE LA GARZA III
> Assistant United States Attorney
> Texas Bar No. 00796455
> 1100 Commerce Street, Third Floor
> Dallas, Texas 75242-1699
> Telephone: 214.659.8600
> Facsimile: 214.659.8812
> Email: john.delagarza@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a copy of this motion was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 29th day of June, 2018.

> /s/ John J. de la Garza III
> JOHN J. DE LA GARZA III
> Assistant United States Attorney